# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ALFONSO RAZZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-2400

[February 7, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 50-2014-CF-000570-AXXX-MB.

Carey Haughwout, Public Defender, and Tatjana Ostapoff, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Georgina Jimenez-Orosa, Senior Assistant Attorney General, West Palm Beach, for appellee.

## *ON MOTION FOR REHEARING*

PER CURIAM.

We deny appellant's motion for rehearing and amended motion for rehearing, but withdraw our previously issued per curiam decision and substitute the following in its place.

*Affirmed. Taylor v. State*, 114 So. 3d 355 (Fla. 4th DCA 2013); *contra Lewars v. State*, 42 Fla. L. Weekly D1098 (Fla. 2d DCA May 12, 2017), *review granted*, No. SC17-1002, 2017 WL 4022360 (Fla. Sept. 13, 2017).

GERBER, C.J., MAY and LEVINE, JJ., concur.